UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 4:05-CR-38 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| DAVID DONALDSON | ) | |

**O R D E R**

Defendant David Donaldson ("Defendant") has filed two *pro se* motions: Motion to Suppress Evidence (Court File No. 27) and Motion to Prohibit the Introduction of the Defendant's Prior Convictions (Court File No. 28) with supporting memorandum (Court File No. 29). At the time these *pro se* motions were filed, Defendant was represented by Attorney William Speek. On May 30, 2006, Magistrate Judge Susan Lee appointed new counsel to represent Defendant. Defendant is now represented in this case by counsel from the Federal Defender Services of Tennessee.

Any motions on behalf of Defendant must be filed by and through his attorney. The Court will not consider *pro se* motions where defendant has an attorney. Therefore, both motions are **DENIED** (Court File Nos. 27, 28). The Court **ORDERS** Defendant not to file any additional *pro se* motions while he is represented by counsel. Counsel for Defendant will be free to refile any motions if counsel deems it appropriate.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**